# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | COURTNEY J. & REISHA C. CONNOR |
| Case Number: | 16-21346-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, OCTOBER 13, 2016 09:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/13/16 3:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#2 - Final Confirmation of Plan Dated 4/7/2016 - NFC
R / M #: 2 / 0

**Appearances:**

Debtor: Wright (for Keenan)
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

*Continued to give Debtor time to file amended plan.*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **11/10/16**.
   Objections are due on or before **12/1/16**.
   A hearing on the Amended Plan is set for **12/15/16** at **11:30 Am**.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

10/5/2016  2:19:43PM