# IN UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-21346- CMB** |
| **Courtney J. Connor** | ) | **Chapter 13** |
| **Reisha C. Connor** | ) | **Doc No.** |
|    Debtor | ) | |
| **Reisha C. Connor** | ) | **Motion No. ☐ WO-2** |
|    Movant | ) | |
|    v. | ) | |
| **Metro Family Community Center** | ) | |
|    Respondent | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 7, 2016.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Reisha Connor,** 620 Springdale Drive, Pittsburgh, PA 15235
b. Metro Family Community Center, Attn: Payroll Dept., Joe Rockenstein, 1789 South Braddock Avenue, Suite 410, Pittsburgh, PA 15218

| | |
|---|---|
| **Executed on: December 7, 2016** | **/s/Bryan P. Keenan** |
| | Bryan P. Keenan, PA ID No. 89053 |
| | Bryan P. Keenan & Associates P.C. |
| | Attorney for Debtor |
| | 993 Greentree Road, Suite 101 |
| | Pittsburgh, PA 15220 |
| | (412) 922-5116 |
| | keenan662@gmail.com |