# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 16-21346- CMB |
| **Courtney J. Connor** ) | Chapter 13 |
| **Reisha C. Connor** ) | Doc No. |
|    Debtor ) | |
| **Reisha C. Connor** ) | Motion No. ☐ WO-2 |
|    Movant ) | |
|      v. ) | |
| **Staff Mark** ) | |
|    Respondent ) | |

## CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S MOTION TO TERMINATE WAGE MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **December 7, 2016.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Reisha Connor,** 620 Springdale Drive, Pittsburgh, PA 15235
b. Staff Mark, 201 East Fourth Street, Cincinatti, OH 45202

**Executed on: December 7, 2016**　　　　　　　　　　/s/Bryan P. Keenan
　　　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan, PA ID No. 89053
　　　　　　　　　　　　　　　　　　　　　　　　　Bryan P. Keenan & Associates P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　　　　　　　993 Greentree Road, Suite 101
　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15220
　　　　　　　　　　　　　　　　　　　　　　　　　(412) 922-5116
　　　　　　　　　　　　　　　　　　　　　　　　　keenan662@gmail.com