FILED
12/5/16 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**LOCAL BANKRUPTCY FORM NO. 26**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | Bankruptcy No. 16-21346- CMB |
| **Courtney J. Connor** | ) | Chapter 13 |
| **Reisha C. Connor** | ) | Related to Dkt. No. 64 |
|     Debtor | ) | |
| **Reisha C. Connor** | ) | Motion No.   WO-2 |
|     Movant | ) | |
|       v. | ) | |
| **Staff Mark** | ) | |
|     Respondent | ) | |

**ORDER TO TERMINATE WAGE ATTACHMENT**

AND NOW**, to-wit,** this ___5th___ day of __December__, 2016 on motion of the Debtor/Movant, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

Staff Mark
Attn: Payroll Manager
201 East Fourth Street
Cincinnati, OH 45202

is hereby ordered to immediately terminate the wage attachment of the wages of **Reisha C. Connor** social security number, xxx-xx-4866. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of the debtor,                          .

_____
United States Bankruptcy Judge Carlota M. Bohm

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                       Case No. 16-21346-CMB
Courtney J. Connor                                                           Chapter 13
Reisha C. Connor
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                Page 1 of 1              Date Rcvd: Dec 05, 2016
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2016.
jdb            +Reisha C. Connor,   620 Springdale Drive,   Pittsburgh, PA 15235-1813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Bryan P. Keenan    on behalf of Debtor Courtney J. Connor keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Joint Debtor Reisha C. Connor keenan662@gmail.com,
               melindap662@gmail.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@goldbecklaw.com,   BKGroup@goldbecklaw.com
                                                                                             TOTAL: 9