# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| Debtor: | COURTNEY J. & REISHA C. CONNOR |
| Case Number: | 16-21346-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, DECEMBER 15, 2016 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
12/20/16 11:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#61 - Amended Plan Dated 11/9/2016 - NFC
R / M #: 61 / 0

*Appearances:*

Debtor: Keenan
Trustee: Winnecour / Bedford / Pail / Katz
Creditor: Warmbrodt - Rushmore

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 3-16-17 at 10:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/7/2016    1:52:04PM