11:00 A.M.

# PROCEEDING MEMO

Date:  DECEMBER 21, 2016

In re: REISHA C. CONNOR and                    Bankruptcy No.  16-21346 CMB
      COURTNEY J. CONNOR                       Chapter 13
                                                                       Doc. # 49

**Appearances:**       ~~Winnecour / Paik / Bedford~~ / Katz

  **Movant(s):**       Bryan P. Keenan

  **Respondent(s):**   ~~Joshua K. Goldman~~   James Warmbrandt   US Bank

  **Creditor(s):**

**Nature of Proceeding:**    Debtor's Objection to Claim of U.S. Bank N.A.

**Additional Pleadings:**    Certificate of Service; Response by U.S. Bank N.A. (62)

**Judge's Notes:**


**Outcome:**                               Continued to 2/22/17 @ 10:00 a.m.

_____ Motion is GRANTED  _____ Order entered

_____ Motion is DENIED   _____ Order entered

_____ Motion WITHDRAWN

_____ Motion is DISMISSED _____ Order entered

_____ Reschedule for Proper Service

_____ Case DISMISSED _____ Order entered

_____ Parties to submit Order/Settlement/Stipulation by _____ days

_____ CONTINUED MATTER:   _____ for at least _____ days (Court to Issue Order)

_____ to hearing date of _____

____ ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed:  Movant(s) brief due _____ days
                             Respondent(s) brief due _____ days
                             Trustee's brief due _____ days


FILED
12/21/16 3:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

                                                                Carlota M. Böhm
                                                                U. S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 16-21346-CMB
Courtney J. Connor                                                                              Chapter 13
Reisha C. Connor
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: kthe                Page 1 of 1              Date Rcvd: Dec 21, 2016
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2016.
db/jdb          +Courtney J. Connor,   Reisha C. Connor,   620 Springdale Drive,   Pittsburgh, PA 15235-1813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
         agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Bryan P. Keenan    on behalf of Joint Debtor Reisha C. Connor keenan662@gmail.com,
         melindap662@gmail.com
        Bryan P. Keenan    on behalf of Debtor Courtney J. Connor keenan662@gmail.com,
         melindap662@gmail.com
        Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
        Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
         bkgroup@kmllawgroup.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
         srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
        Thomas I. Puleo    on behalf of Creditor    U.S. Bank National Association, Et Al...
         tpuleo@goldbecklaw.com,  BKGroup@goldbecklaw.com
                                                                                               TOTAL: 9