10:00 A.M.

## PROCEEDING MEMO

Date: FEBRUARY 22, 2017

In re: REISHA C. CONNOR and
COURTNEY J. CONNOR

Bankruptcy No. 16-21346 CMB
Chapter 13
Doc. #49

Appearances: ~~Winnecour~~ / ~~Pail~~ / Bedford / ~~Katz~~

Movant(s): Bryan P. Keenan

Respondent(s): Joshua I. Goldman, James C. Warmbrodt

Creditor(s):

Nature of Proceeding: Debtor's Continued Objection to Claim of U.S. Bank, N.A.

Additional Pleadings: Response by U.S. Bank, N.A. (62) (filed previously)

Judge's Notes:

Outcome:    Debtor's objection withdrawn.

_____Motion is GRANTED _____Order entered

_____Motion is DENIED _____Order entered

_____Motion WITHDRAWN

_____Motion is DISMISSED _____Order entered

_____Reschedule for Proper Service

_____Case DISMISSED _____Order entered

_____Parties to submit Order/Settlement/Stipulation by _____days

_____CONTINUED MATTER: _____for at least _____days (Court to Issue Order)

_____ to hearing date of _____

____ISSUE EVIDENTIARY HEARING NOTICE

_____ Discovery time needed _____ days

_____ Briefs to be filed: Movant(s) brief due _____days
Respondent(s) brief due _____days
Trustee's brief due _____days

FILED
2/23/17 8:31 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U. S. Bankruptcy Judge