IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | | Bankruptcy No. 16-21346-CMB |
| Courtney J. Connor ) | | Chapter 13 |
| Reisha C. Connor ) | | Doc No. |
|     Debtor ) | | Related to Doc No. 49 |
| Courtney J. Connor ) | | |
| Reisha C. Connor ) | | Response Date: November 14, 2016 |
|     Movant ) | | Hearing Date: December 21, 2016 |
| vs ) | | At 11:00 a.m. |
| U.S. Bank National Association, not in its ) | | |
| but solely as Trustee for the RMAC Trust, ) | | |
| c/o Rushmore Loan Management Services, ) | | |
|     Respondent ) | | |

**Order of Court on Debtor's Objection to Claim of
U.S. Bank National Association, not in its Individual Capacity,
but solely as Trustee for the RMAC Trust, Series 2012-2T c/o
Rushmore Loan Management Services**

And now this __23rd__ day of __February, 2017__, it is hereby,
**ORDERED, ADJUDGED AND DECREED** that the escrow advances incurred prior to February 1, 2015 in the amount of $16,132.19 are disallowed.

**IT IS FURTHER ORDERED THAT** respondent is required to provide proof that the records have been adjusted to remove these charges and that an Amended Proof of Claim be filed accordingly.

**IT IS FURTHER ORDERED THAT** respondent is required to provide canceled checks related to the forced placed tax advances in the amount of $9,178.14 incurred from February 2, 2015 through April 5, 2016 were incurred, the years that they were incurred for.

BY THE COURT:

*Carlota M. Böhm*
Honorable Carlota M. Bohm     jah
United States Bankruptcy Judge

FILED
2/23/17 8:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Debtor's Objection is Withdrawn
Pursuant to 2/22/2017 Hearing.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Courtney J. Connor  
Reisha C. Connor  
      Debtors

Case No. 16-21346-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 1     Date Rcvd: Feb 23, 2017  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2017.  
db/jdb        +Courtney J. Connor,    Reisha C. Connor,    620 Springdale Drive,    Pittsburgh, PA 15235-1813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2017 at the address(es) listed below:

       Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...  
        agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
       Bryan P. Keenan    on behalf of Joint Debtor Reisha C. Connor keenan662@gmail.com, melindap662@gmail.com  
       Bryan P. Keenan    on behalf of Debtor Courtney J. Connor keenan662@gmail.com, melindap662@gmail.com  
       Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net  
       Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al... bkgroup@kmllawgroup.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
       Thomas I. Puleo    on behalf of Creditor    U.S. Bank National Association, Et Al... tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com

                                                                                           TOTAL: 9