# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | COURTNEY J. & REISHA C. CONNOR |
| **Case Number:** | 16-21346-CMB    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 16, 2017 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
3/17/17 9:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#61 - Continued Confirmation of Plan Dated 11/9/2016 (NFC)
R / M #:   61 / 0

### *Appearances:*

Debtor: Keenan
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor: Warmbrodt - US Bank, Ceree - Penn Hills

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 4-15-17.
   Objections are due on or before 5-11-17
   A hearing on the Amended Plan is set for 5-18-17 at 11:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: