Form 005

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Courtney J. Connor**
**Reisha C. Connor**
   Debtor(s)

Bankruptcy Case No.: 16–21346–CMB
Chapter: 13
Related to Document No.:
Concil. Conf.: May 18, 2017 at 11:00 AM

## ORDER

On March 16, 2017, a Conciliation Conference was conducted on the November 9, 2016 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

**AND NOW,** this **17th day of March, 2017**, it is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) **On or before April 17, 2017,** the Debtor(s) shall file and serve a copy of this **Order** and an **Amended Plan** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*. The Debtor(s) shall also complete and file the accompanying **Certificate of Service**.

(2) **On or before May 4, 2017,** all **Objections** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*. Untimely objections will not be considered.

(3) **On May 18, 2017 at 11:00 AM ,** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

(4) If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

(5) Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

(6)

Dated: March 17, 2017

cm: Debtor
    Bryan Keenan, Esq.

Carlota M. Böhm
Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Courtney J. Connor  
Reisha C. Connor  
    Debtors

Case No. 16-21346-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0315-2 | User: jhel | Page 1 of 1 | Date Rcvd: Mar 17, 2017 |
| | Form ID: 005 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2017.
db/jdb    +Courtney J. Connor,   Reisha C. Connor,   620 Springdale Drive,   Pittsburgh, PA 15235-1813

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2017 at the address(es) listed below:
      Andrew F Gornall   on behalf of Creditor   U.S. Bank National Association, Et Al...
       agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
      Bryan P. Keenan   on behalf of Joint Debtor Reisha C. Connor keenan662@gmail.com,
       melindap662@gmail.com
      Bryan P. Keenan   on behalf of Debtor Courtney J. Connor keenan662@gmail.com,
       melindap662@gmail.com
      James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, Et Al...
       bkgroup@kmllawgroup.com
      Jennifer L. Cerce   on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
      Joshua I. Goldman   on behalf of Creditor   U.S. Bank National Association, Et Al...
       bkgroup@kmllawgroup.com
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
      Thomas I. Puleo   on behalf of Creditor   U.S. Bank National Association, Et Al...
       tpuleo@goldbecklaw.com,  BKGroup@goldbecklaw.com
                                                                                                         TOTAL: 10