# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-21346- CMB** |
| **Courtney J. Connor** | ) | **Chapter 13** |
| **Reisha C. Connor** | ) | **Doc No.** |
| **Debtor** | ) | |
| **Reisha C. Connor** | ) | |
| **Movant** | ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK of the U.S. Bankruptcy Court:

    1. Please be advised that the Movant, Reisha C. Connor, is no longer receiving mail at:

        Reisha C. Connor
        620 Springdale Drive
        Pittsburgh, PA 15235

    2. The new mailing address for Reisha C. Connor only is:

        Reisha C. Connor
        22 George Court
        Hampton, Virginia 23663

    **WHEREFORE**, the Debtor requests that the Clerk update the Movant's address.

        Respectfully submitted,

**Date: May 2, 2017**     **/s/ Bryan P. Keenan           .**
        **Bryan P. Keenan, Esquire, PA I.D. No. 89053**
        **Bryan P. Keenan & Associates, P.C.**
        **Attorneys for the Debtor**
        **993 Greentree Road, Suite 101**
        **Pittsburgh, PA 15220**
        **(412) 922-5116**
        **keenan662@gmail.com**