# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-21346- CMB** |
| **Courtney J. Connor** | ) | **Chapter 13** |
| **Reisha C. Connor** | ) | Doc No. |
| Debtor | ) | |
| **Courtney J. Connor** | ) | Motion No. ☐ WO-1 |
| Movant | ) | |
| v. | ) | |
| **UPMC Presbyterian Shadyside** | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S
### WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE
### DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on May 5, 2017.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Courtney Connor,** 620 Springdale Drive, Pittsburgh, PA 15235
b. UPMC Presbyterian Shadyside, Attn: Payroll Dept., U.S. Steel Tower, Floor 56, 600 Grant Street, Pgh, PA 15250

Executed on: **May 5, 2017**         /s/Bryan P. Keenan
                                     Bryan P. Keenan, PA ID No. 89053
                                     Bryan P. Keenan & Associates P.C.
                                     Attorney for Debtor
                                     993 Greentree Road, Suite 101
                                     Pittsburgh, PA 15220
                                     (412) 922-5116
                                     keenan662@gmail.com