Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Courtney J. Connor
Reisha C. Connor**
   Debtor(s)

Bankruptcy Case No.: 16–21346–CMB
Issued Per May 18, 2017 Proceeding
Chapter: 13
Docket No.: 95 – 79, 82
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.)* **PLAN CONFIRMATION:**

     IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated April 17, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.   Additional Terms: Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

*/s/ Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Dated: May 24, 2017

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21346-CMB
Courtney J. Connor                                                      Chapter 13
Reisha C. Connor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: jhel             Page 1 of 3           Date Rcvd: May 24, 2017
                             Form ID: 149           Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2017.
```
db          +Courtney J. Connor,    620 Springdale Drive,    Pittsburgh, PA 15235-1813
jdb         +Reisha C. Connor,    22 George Court,    Hampton, VA 23663-2046
cr          +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
              Pittsburgh, PA 15212-5861
14210259   ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
             (address filed with court: Aaron’s Inc,     2800 Canton Rd. Suite 900,    Marietta, GA 30066)
14210260    +AES/PNC Bank,    PO Box 8183,    Harrisburg, PA 17105-8183
14210262   ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
             (address filed with court: Allied Adjustors,     845 23rd Street,    Aliquippa, PA 15001)
14210266   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit Financial Services Inc.,     dba GM Financial,
              P O Box 183853,    Arlington, TX 76096)
14216570    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
14210263    +American Collections Enterprise Inc,    Re: Alexandria Radiology,    Po Box 30096,
              Alexandria, VA 22310-8096
14267425     American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
              Carol Stream, IL 60197-5008
14210265    +American Tukong,    6319 Richmond Highway,    Alexandria, VA 22306-6410
14210267    +Barry King,    210 Bellevue Drive,    Pittsburgh, PA 15235-3611
14210268    +Branch Banking & Trust,    First Point Collection Resources, Inc.,    225 Commerce Place,
              PO Box 26140,    Greensboro, NC 27402-6140
14210273   ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance Corporation,     25505 W 12 Mile Rd,
              Southfield, MI 48034)
14210269    +Central Credit/Penn Cr,    Attn:Bankruptcy,    Re: Dominion Power,    Po Box 988,
              Harrisburg, PA 17108-0988
14210270     Chatham College,    Woodland Road,    Pittsburgh, PA 15232
14210271     Chatham Collge,    Woodland Rd,    Pittsburgh, PA 15232
14210272    +Client Services, Inc.,    American Water,    3451 Harry S. Truman Blvd,
              Saint Charles, MO 63301-4047
14210274    +Credit Control Corp,    Re: Cox Communications Chantilly,    Po Box 120568,
              Newport News, VA 23612-0568
14210277    +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
14210278    +Directv Quad,    CBE Group,    Attn: Bankruptcy,    Po Box 900,    Waterloo, IA 50704-0900
14219368     ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
14210279     Educational Computer Systems, Inc,    Re: Chatham University,    Coraopolis, PA 15108-9408
14210280     Emergency Care Lorton Healthplex,    c/o AMCB,    PO Box 37005,    Baltimore, MD 21297-3005
14210281     Fairfax County, VA,    Office of County Attorney,    1200 Government Ctr. Pkwy,    Suite 549,
              Fairfax, VA 22035
14210282     Fed Loan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
14210283     Greater Washington Maternal-Fetal,    Medicine Genetics,    97076 Medical Center Drive,
              Suite 230,    Rockville, MD 20850-6339
14210285    +Michaels Louis & Associates,    P.O. Box 1062,    Coraopolis, PA 15108-6062
14210288     Music & Arts Center,    c/o Credit America,    101 Grovers Mill Road,    Suite 303,
              Lawrence Township, NJ 08648-4706
14210289    +National Recovery Agency,    Re: Duquesne Light,    2491 Paxton St,    Harrisburg, PA 17111-1036
14210290    +Nationwide Credit Corp,    Attn Colletions/Bankruptcy,    Re: Fairfax County, VA,    Po Box 9156,
              Alexandria, VA 22304-0156
14268536     Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
              Wilkes-Barre PA. 18773-9635
14214910    +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
14210291    +Penn Hills Municipality,    c/o Keystone Collections,    PO Box 505,    Irwin, PA 15642-0505
14214904    +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
              Pittsburgh, PA 15235-4441
14210292    +Penn Hills School District,    c/o Maiello Brungo & Maiello LLP,    7500 Brooktree Rd # 100,
              Wexford, PA 15090-9285
14210293    +Penn Hills School District,    c/o Keystone Collections,    PO Box 505,    Irwin, PA 15642-0505
14270513    +Peoples Natural Gas Company LLC,    c/o Barbara Rodgers,    375 North Shore Drive, Suite 600,
              Pittsburgh, PA 15212-5866
14210296    +Quest Diagnostics Inc.,    875 Greentree Road,    4 Parkway Center,    Pittsburgh, PA 15220-3610
14210297    +Rushmore Loan Mgmt Services,    Costumer Service Department,    PO Box 55004,
              Irvine, CA 92619-5004
14210300     State of Maryland, CCU,    c/o Harris & Harris, Ltd.,    111 West Jackson Blvd, Suite 400,
              Chicago, IL 60604-4135
14271608    +U.S. Bank National Association,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
              Irvine, CA 92619-5004
14244411     U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
              Harrisburg PA 17106-9184
14210301    +US Dept of Education,    Att: Borrowers Service Dept,    P.O. Box 5609,
              Greenville, TX 75403-5609
14210302    +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
```

```
District/off: 0315-2          User: jhel                  Page 2 of 3                  Date Rcvd: May 24, 2017
                              Form ID: 149                Total Noticed: 60


14210258       +Washington Gas Light,    c/o CBCS,    PO Box 2589,    Columbus, OH 43216-2589
14260788        Wells Fargo Bank, N.A., d/b/a WFDS,    P.O. Box 19657,    Irvine, CA 92623-9657
14210303       +Wells Fargo Dealer Services,    PO Box 19567,    Irvine, CA 92623-9567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14210261       +E-mail/Text: EBNProcessing@afni.com May 25 2017 00:58:37      Afni, Inc,    P. O. Box 3667,
                 Bloomington, IL 61702-3667
14248377        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2017 02:58:31
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
14210264       +E-mail/Text: bky@americanprofit.net May 25 2017 00:58:56      American Profit Recovery,
                 Re: Northern Virginia Oral Maxillo,    34405 West 12 Miles Road,    #379,
                 Farmington Hills, MI 48331-5608
14210284        E-mail/Text: JCAP_BNC_Notices@jcap.com May 25 2017 00:58:45      Jefferson Capital Systems LLC,
                 P.O. Box 7999,    Saint Cloud, MN 56302-9617
14210287        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2017 02:58:25      Midland Funding LLC,
                 by American InfoSource LP as Agent,    Re: Granite Recovery LLC,    P.O. Box 4457,
                 Houston, TX 77210-4457
14210286        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 25 2017 02:58:32      Midland Funding LLC,
                 by American InfoSource LP as Agent,    P.O. Box 4457,    Houston, TX 77210-4457
14271979       +E-mail/Text: cd@musicarts.com May 25 2017 00:58:58      Music and Arts,    4626 Wedgewood Blvd.,
                 Frederick, MD 21703-7159
14210294        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2017 01:01:17
                 Portfolio Recovery Associates, LLC,    Re: Dominion Hope,    140 Corporate Boulevard,
                 Norfolk, VA 23502
14210295       +E-mail/Text: mturner@pwcgov.org May 25 2017 00:57:40      Prince William County,
                 c/o PWC Tax Administration Dept.,    PO Box 2467,    Prince William, VA 22195-2467
14242398        E-mail/Text: appebnmailbox@sprint.com May 25 2017 00:58:18      Sprint Corp,
                 Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
14210298       +E-mail/Text: bankruptcy@sw-credit.com May 25 2017 00:58:25      Southwest Credit Systems,
                 Re: Comcast,    4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14210299       +E-mail/Text: bknotice@erccollections.com May 25 2017 00:58:33      Sprint,
                 c/o ERC/Enhanced Recovery Corp,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, Et Al...
cr*            +Americredit Financial Services, Inc. dba GM Financ,     PO Box 183853,    Arlington, TX 76096-3853
cr*            +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,    Suite 3,
                 Pittsburgh, PA 15235-4441
14262713*      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
                (address filed with court: Aaron's, Inc.,     2800 Canton Road, Suite 900,    Marietta, GA 30066)
14210276*      +Credit Control Corp,    Re: Cox Communications Chantilly,    Po Box 120568,
                 Newport News, VA 23612-0568
14210275*      +Credit Control Corp,    Re: Cox Communications Chantilly,    Po Box 120568,
                 Newport News, VA 23612-0568
                                                                                              TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2017                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2017 at the address(es) listed below:
        Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
          agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
        Bryan P. Keenan    on behalf of Debtor Courtney J. Connor keenan662@gmail.com,
          melindap662@gmail.com

```
District/off: 0315-2          User: jhel                 Page 3 of 3                  Date Rcvd: May 24, 2017
                              Form ID: 149               Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Bryan P. Keenan    on behalf of Joint Debtor Reisha C. Connor keenan662@gmail.com,
          melindap662@gmail.com
         James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, Et Al...
          bkgroup@kmllawgroup.com
         Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
         Joshua I. Goldman    on behalf of Creditor   U.S. Bank National Association, Et Al...
          bkgroup@kmllawgroup.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         Thomas I. Puleo    on behalf of Creditor   U.S. Bank National Association, Et Al...
          tpuleo@goldbecklaw.com,  BKGroup@goldbecklaw.com
                                                                                    TOTAL: 10