# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-21346- CMB** |
| **Courtney J. Connor** | ) | **Chapter  13** |
| **Reisha C. Connor** | ) | **Doc No.** |
| Debtor | ) | |
| **Reisha C. Connor** | ) | **Motion No. ☐ WO-2** |
| Movant | ) | |
| v. | ) | |
| **Staff Mark** | ) | |
| Respondent | ) | |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Motion to Terminate Wage Attachment filed on **May 2, 2017** has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Hearing Notice, a motion or answer to the Motion were to be filed and served no later than **May 22, 2017.**

It is hereby respectfully requested that the Order to the Motion be entered by the court.

**Executed on:  June 6, 2017**            **/s/Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116