# PROCEEDING MEMO

Date: June 7, 2017  10:00 am

In re: Courtney J. Connor and Reisha C. Connor

        Bankruptcy No. 16-21346-CMB
        Chapter: 13
        Doc. # 84

Appearances: Winnecour / Pail / Bedford / Katz

Movant(s): Bryan P. Keenan ✓

Respondents:

Creditor(s):

Nature of Proceeding: #84 Ex Parte Motion for Order to Terminate Wage Attachment

Additional Pleadings: Certificate of Service

Judge's Notes:       Missed deadline for CNO.
Outcome:             Order entered.

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED   _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED        Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED             Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
       Discovery time needed _____ days
_____ Briefs to be filed:  Movant(s) brief due _____ days
                           Respondent(s) brief due _____ days
                           Trustee's brief due _____ days

FILED
6/7/17 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
U.S. Bankruptcy Judge