# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | Bankruptcy No. 16-21346- CMB |
| **Courtney J. Connor** ) | Chapter 13 |
| **Reisha C. Connor** ) | Doc No. |
| Debtor ) | |
| **Reisha C. Connor** ) | Motion No. ☐ WO-2 |
| Movant ) | |
| v. ) | |
| **Metro Family Community Center** ) | |
| Respondent ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON MOTION
### TO TERMINATE WAGE MOTION ALONG WITH NOTIFICATION OF THE
### DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **June 8, 2017.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
**a. Reisha Connor,** 620 Springdale Drive, Pittsburgh, PA 15235
b. Metro Family Community Center, 1789 South Braddock Avenue, Pittsburgh, PA 15218

**Executed on: June 8, 2017**          **/s/Bryan P. Keenan**
                                        Bryan  P. Keenan, PA ID No. 89053
                                        Bryan  P. Keenan  & Associates P.C.
                                        Attorney for Debtor
                                        993 Greentree Road, Suite 101
                                        Pittsburgh, PA 15220
                                        (412) 922-5116
                                        keenan662@gmail.com