LOCAL BANKRUPTCY FORM NO. 26
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-21346- CMB |
| Courtney J. Connor | ) | Chapter 13 |
| Reisha C. Connor | ) | Doc No. 84 |
|     Debtor | ) | |
| Reisha C. Connor | ) | Motion No. ☐ WO-2 |
|     Movant | ) | |
| v. | ) | |
| Metro Family Community Center | ) | |
|     Respondent | ) | |

### ORDER TO TERMINATE WAGE ATTACHMENT

AND NOW, to-wit, this __7th__ day of __June__, 2017 on motion of the Debtor/Movant, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

Metro Family Community Center
Attn: Payroll Dept. Joe Rockenstein
1789 South Braddock Ave
Suite 410
Pittsburgh, PA 15218

is hereby ordered to immediately terminate the wage attachment of the wages of **Reisha C. Connor** social security number, xxx-xx-4866. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of the debtor, Reisha C. Connor.

DATED this __7th__ day of __June__, 2017.

_____
United States Bankruptcy Judge Carlota M. Bohm

cm: Parties in Interest

FILED
6/7/17 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 16-21346-CMB
Courtney J. Connor                                                Chapter 13
Reisha C. Connor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 1           Date Rcvd: Jun 07, 2017
                            Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2017.
db          +Courtney J. Connor,    620 Springdale Drive,    Pittsburgh, PA 15235-1813
jdb         +Reisha C. Connor,    22 George Court,    Hampton, VA 23663-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 7, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Bryan P. Keenan    on behalf of Joint Debtor Reisha C. Connor keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor Courtney J. Connor keenan662@gmail.com,
               melindap662@gmail.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@goldbecklaw.com,   BKGroup@goldbecklaw.com
                                                                                             TOTAL: 10