IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 16-21346-CMB |
| **Courtney J. Connor** | ) | Chapter 13 |
| Reisha C. Connor | ) | Doc No. 103 |
| Debtor | ) | Response Due: 7/3/2017 |
| **Bryan Keenan, Esquire** | ) | Hearing date: 7/19/2017 |
| APPLICANT | ) | at 11:00 a.m. |
| vs. | ) | |
| No Respondent(s) | ) | **ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, to-wit, this __6th__ day of __July__ 2017 upon consideration of the Application of Bryan Keenan, Esquire for Final Compensation and Reimbursement of Expenses as Counsel for the Debtors, it is hereby ORDERED that fees and expenses be approved for their services rendered and expenses incurred for the period from March 28, 2016 through June 16, 2017 in the total amount of $7,742.61 which represents $7,075.00 in attorney fees and $667.61 in costs.

Counsel for the debtor has previously received $4,500.00 which represents $4,000.00 for fees and $500.00 costs, which shall be deducted form the total approved fees and costs. The existing confirmed plan dated April 17, 2017 provides for additional fees in the amount of $3,000.00.

**IT IS FURTHER ORDERED** that the remaining balance of $3,242.61 shall be paid by the Chapter 13 Trustee.

BY THE COURT

_/s/ Carlota M. Böhm_   dmr
Honorable Carlota M. Bohm
UNITED STATES BANKRUPTCY JUDGE

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

FILED
7/6/17 2:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 16-21346-CMB
Courtney J. Connor                                                            Chapter 13
Reisha C. Connor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric                Page 1 of 1            Date Rcvd: Jul 06, 2017
                              Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
db/jdb         +Courtney J. Connor,   Reisha C. Connor,   22 George Court,   Hampton, VA 23663-2046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                              Signature:   /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Bryan P. Keenan    on behalf of Joint Debtor Reisha C. Connor keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor Courtney J. Connor keenan662@gmail.com,
               melindap662@gmail.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com
                                                                                             TOTAL: 10