# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 16-21346- CMB** |
| **Courtney J. Connor** | ) | **Chapter 13** |
| **Reisha C. Connor** | ) | **Doc No.** |
| Debtor | ) | |
| **Courtney J. Connor** | ) | **Motion No. ☐ WO-1** |
| Movant | ) | |
| v. | ) | |
| **Therapeutic Alliance** | ) | |
| Respondent | ) | |

### CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 17, 2017.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. **Courtney Connor,** 620 Springdale Drive, Pittsburgh, PA 15235
b. Therapeutic Alliance, 10696 Crestwood Drive, Suite A, Manassas, VA 20109

Executed on: **October 17, 2017**            /s/Bryan P. Keenan
                                                                            Bryan P. Keenan, PA ID No. 89053
                                                                            Bryan P. Keenan & Associates P.C.
                                                                            Attorney for Debtor
                                                                            993 Greentree Road, Suite 101
                                                                            Pittsburgh, PA 15220
                                                                            (412) 922-5116
                                                                            keenan662@gmail.com