**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Courtney J. Connor**
**Reisha C. Connor**
   Debtor(s)

Bankruptcy Case No.: 16–21346–CMB
Related to Doc. No. 114
Chapter: 13
Docket No.: 115 – 114
Concil. Conf.: March 1, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **January 11, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

## OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 26, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **March 1, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 27, 2017

<u>Carlota M. Bohm</u>
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-21346-CMB
Courtney J. Connor                                                        Chapter 13
Reisha C. Connor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric          Page 1 of 3          Date Rcvd: Nov 27, 2017
                             Form ID: 410          Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2017.
```
db/jdb     +Courtney J. Connor,   Reisha C. Connor,   22 George Court,   Hampton, VA 23663-2046
cr         +Peoples Natural Gas Company, LLC,   Attn: Dawn Lindner,   225 North Shore Drive,
             Pittsburgh, PA 15212-5861
14210259   ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
            (address filed with court: Aaron's Inc,   2800 Canton Rd. Suite 900,   Marietta, GA 30066)
14210260   +AES/PNC Bank,   PO Box 8183,   Harrisburg, PA 17105-8183
14210262   ++ALLIED ADJUSTORS INC,   PO BOX 1006,   ALIQUIPPA PA 15001-0806
            (address filed with court: Allied Adjustors,   845 23rd Street,   Aliquippa, PA 15001)
14210266   ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,   PO BOX 183853,   ARLINGTON TX 76096-3853
            (address filed with court: AmeriCredit Financial Services Inc.,   dba GM Financial,
             P O Box 183853,   Arlington, TX 76096)
14216570   +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
             Arlington, TX 76096-3853
14210263   +American Collections Enterprise Inc,   Re: Alexandria Radiology,   Po Box 30096,
             Alexandria, VA 22310-8096
14267425    American InfoSource LP as agent for,   DIRECTV, LLC,   PO Box 5008,
             Carol Stream, IL  60197-5008
14210265   +American Tukong,   6319 Richmond Highway,   Alexandria, VA 22306-6410
14210267   +Barry King,   210 Bellevue Drive,   Pittsburgh, PA 15235-3611
14210268   +Branch Banking & Trust,   First Point Collection Resources, Inc.,   225 Commerce Place,
             PO Box 26140,   Greensboro, NC 27402-6140
14707343   +CAPITAL ONE,   WILLIAMSON AND BROWN,LLC,   4691 CLIFTON PKWY,   HAMBURG, NY 14075-3201
14210273   ++CREDIT ACCEPTANCE CORPORATION,   25505 WEST 12 MILE ROAD,   SOUTHFIELD MI 48034-8316
            (address filed with court: Credit Acceptance Corporation,   25505 W 12 Mile Rd,
             Southfield, MI 48034)
14210269   +Central Credit/Penn Cr,   Attn:Bankruptcy,   Re: Dominion Power,   Po Box 988,
             Harrisburg, PA 17108-0988
14210270    Chatham College,   Woodland Road,   Pittsburgh, PA 15232
14210271    Chatham Collge,   Woodland Rd,   Pittsburgh, PA 15232
14210272   +Client Services, Inc.,   American Water,   3451 Harry S. Truman Blvd,
             Saint Charles, MO 63301-4047
14210274   +Credit Control Corp,   Re: Cox Communications Chantilly,   Po Box 120568,
             Newport News, VA 23612-0568
14210277   +Dept of Ed/Navient,   Attn: Claims Dept,   Po Box 9400,   Wilkes Barr, PA 18773-9400
14210278   +Directv Quad,   CBE Group,   Attn: Bankruptcy,   Po Box 900,   Waterloo, IA 50704-0900
14219368    ECMC,   PO BOX 16408,   St Paul, MN 55116-0408
14210279    Educational Computer Systems, Inc,   Re: Chatham University,   Coraopolis, PA 15108-9408
14210280    Emergency Care Lorton Healthplex,   c/o AMCB,   PO Box 37005,   Baltimore, MD 21297-3005
14210281    Fairfax County, VA,   Office of County Attorney,   1200 Government Ctr. Pkwy,   Suite 549,
             Fairfax, VA 22035
14210282    Fed Loan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
14210283    Greater Washington Maternal-Fetal,   Medicine Genetics,   97076 Medical Center Drive,
             Suite 230,   Rockville, MD 20850-6339
14210285   +Michaels Louis & Associates,   P.O. Box 1062,   Coraopolis, PA 15108-6062
14210288   +Music & Arts Center,   c/o Credit America,   101 Grovers Mill Road,   Suite 303,
             Lawrence Township, NJ 08648-4706
14210290   +Nationwide Credit Corp,   Attn Colletions/Bankruptcy,   Re: Fairfax County, VA,   Po Box 9156,
             Alexandria, VA 22304-0156
14268536    Navient Solutions Inc. on behalf of,   Department of Education Services,   P.O. Box 9635,
             Wilkes-Barre PA. 18773-9635
14214910   +Penn Hills Municipality,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
             Pittsburgh, PA 15235-4441
14210291   +Penn Hills Municipality,   c/o Keystone Collections,   PO Box 505,   Irwin, PA 15642-0505
14214904   +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road, Suite 3,
             Pittsburgh, PA 15235-4441
14210292   +Penn Hills School District,   c/o Maiello Brungo & Maiello LLP,   7500 Brooktree Rd # 100,
             Wexford, PA 15090-9285
14210293   +Penn Hills School District,   c/o Keystone Collections,   PO Box 505,   Irwin, PA 15642-0505
14270513   +Peoples Natural Gas Company LLC,   c/o Barbara Rodgers,   375 North Shore Drive, Suite 600,
             Pittsburgh, PA 15212-5866
14210296   +Quest Diagnostics Inc.,   875 Greentree Road,   4 Parkway Center,   Pittsburgh, PA 15220-3610
14210297   +Rushmore Loan Mgmt Services,   Costumer Service Department,   PO Box 55004,
             Irvine, CA 92619-5004
14271608   +U.S. Bank National Association,   c/o Rushmore Loan Management Services,   P.O. Box 55004,
             Irvine, CA 92619-5004
14244411    U.S.Department of Education,   C/O FedLoan Servicing,   P.O.Box 69184,
             Harrisburg PA 17106-9184
14210301   +US Dept of Education,   Att: Borrowers Service Dept,   P.O. Box 5609,
             Greenville, TX 75403-5609
14210302   +Verizon,   500 Technology Dr,   Suite 500,   Weldon Spring, MO 63304-2225
14210258   +Washington Gas Light,   c/o CBCS,   PO Box 2589,   Columbus, OH 43216-2589
14260788    Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,   Irvine, CA 92623-9657
14210303   +Wells Fargo Dealer Services,   PO Box 19567,   Irvine, CA 92623-9567
```

```
District/off: 0315-2          User: dric           Page 2 of 3           Date Rcvd: Nov 27, 2017
                             Form ID: 410          Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14210261      +E-mail/Text: EBNProcessing@afni.com Nov 28 2017 01:00:32      Afni, Inc,   P. O. Box 3667,
               Bloomington, IL 61702-3667
14248377       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2017 01:04:22
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK  73124-8838
14210264      +E-mail/Text: bky@americanprofit.net Nov 28 2017 01:00:49     American Profit Recovery,
               Re: Northern Virginia Oral Maxillo,   34405 West 12 Miles Road,   #379,
               Farmington Hills, MI 48331-5608
14210284       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 28 2017 01:00:39     Jefferson Capital Systems LLC,
               P.O. Box 7999,   Saint Cloud, MN 56302-9617
14210287       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2017 01:04:13     Midland Funding LLC,
               by American InfoSource LP as Agent,   Re: Granite Recovery LLC,   P.O. Box 4457,
               Houston, TX 77210-4457
14210286       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2017 01:04:13     Midland Funding LLC,
               by American InfoSource LP as Agent,   P.O. Box 4457,   Houston, TX 77210-4457
14271979      +E-mail/Text: cd@musicarts.com Nov 28 2017 01:00:54     Music and Arts,   4626 Wedgewood Blvd.,
               Frederick, MD 21703-7159
14210289      +E-mail/Text: Bankruptcies@nragroup.com Nov 28 2017 01:01:27      National Recovery Agency,
               Re: Duquesne Light,   2491 Paxton St,   Harrisburg, PA 17111-1036
14210294       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 01:04:18
               Portfolio Recovery Associates, LLC,   Re: Dominion Hope,   140 Corporate Boulevard,
               Norfolk, VA 23502
14210295      +E-mail/Text: rraheem@pwcgov.org Nov 28 2017 00:59:57     Prince William County,
               c/o PWC Tax Administration Dept.,   PO Box 2467,   Prince William, VA 22195-2467
14242398       E-mail/Text: appebnmailbox@sprint.com Nov 28 2017 01:00:20      Sprint Corp,
               Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
14210298      +E-mail/Text: bankruptcy@sw-credit.com Nov 28 2017 01:00:23     Southwest Credit Systems,
               Re: Comcast,   4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14210299      +E-mail/Text: bknotice@erccollections.com Nov 28 2017 01:00:31     Sprint,
               c/o ERC/Enhanced Recovery Corp,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14210300       E-mail/Text: Harris@ebn.phinsolutions.com Nov 28 2017 01:01:29     State of Maryland, CCU,
               c/o Harris & Harris, Ltd.,   111 West Jackson Blvd, Suite 400,   Chicago, IL 60604-4135
                                                                                     TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. Bank National Association, Et Al...
cr*           +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*           +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,   Suite 3,
               Pittsburgh, PA 15235-4441
14262713*     ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
               (address filed with court: Aaron's, Inc.,   2800 Canton Road, Suite 900,   Marietta, GA 30066)
14210276*     +Credit Control Corp,   Re: Cox Communications Chantilly,   Po Box 120568,
               Newport News, VA 23612-0568
14210275*     +Credit Control Corp,   Re: Cox Communications Chantilly,   Po Box 120568,
               Newport News, VA 23612-0568
                                                                          TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: dric              Page 3 of 3              Date Rcvd: Nov 27, 2017
                             Form ID: 410             Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2017 at the address(es) listed below:

    Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
     agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

    Bryan P. Keenan    on behalf of Debtor Courtney J. Connor keenan662@gmail.com,
     melindap662@gmail.com

    Bryan P. Keenan    on behalf of Joint Debtor Reisha C. Connor keenan662@gmail.com,
     melindap662@gmail.com

    James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
     bkgroup@kmllawgroup.com

    Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net

    Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
     bkgroup@kmllawgroup.com

    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

    S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
     srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

    Thomas I. Puleo    on behalf of Creditor    U.S. Bank National Association, Et Al...
     tpuleo@goldbecklaw.com,  BKGroup@goldbecklaw.com

                                                       TOTAL: 10