| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Courtney J. Connor** | Social Security number or ITIN | **xxx–xx–6727** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Reisha C. Connor** | Social Security number or ITIN | **xxx–xx–4866** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **4/7/16** |
| Case number: | **16–21346–CMB** | Date case converted to chapter **7** | **1/18/18** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Courtney J. Connor | Reisha C. Connor |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 22 George Court<br>Hampton, VA 23663 | 22 George Court<br>Hampton, VA 23663 |
| 4. | **Debtor's attorney**<br>Name and address | Bryan P. Keenan<br>993 Greentree Road<br>Suite 101<br>Pittsburgh, PA 15220 | Contact phone 412–922–5116<br><br>Email: keenan662@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Rosemary C. Crawford<br>Crawford McDonald, LLC.<br>P.O. Box 355<br>Allison Park, PA 15101 | Contact phone 724–443–4757<br><br>Email: crawfordmcdonald@aol.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**    page **1**

Debtor **Courtney J. Connor** and **Reisha C. Connor**                                                                                          Case number **16–21346–CMB**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 1/19/18 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 19, 2018 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.    Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/18/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/29/18**<br><br>**Filing deadline: 10/4/16** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                                                page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-21346-CMB
Courtney J. Connor                                                      Chapter 7
Reisha C. Connor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 3              Date Rcvd: Jan 19, 2018
                             Form ID: 309B           Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
```
db/jdb         +Courtney J. Connor,    Reisha C. Connor,    22 George Court,    Hampton, VA 23663-2046
aty            +Andrew F Gornall,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Jennifer L. Cerce,    Maiello Brungo & Maiello,    Southside Works,    424 S. 27th Street, Ste 210,
                 Pittsburgh, PA 15203-2380
aty            +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
aty            +Thomas I. Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14210259      ++AARON S INC,   PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court: Aaron's Inc,     2800 Canton Rd. Suite 900,    Marietta, GA 30066)
14210260       +AES/PNC Bank,    PO Box 8183,    Harrisburg, PA 17105-8183
14210262      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
               (address filed with court: Allied Adjustors,     845 23rd Street,    Aliquippa, PA 15001)
14216570       +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
                 Arlington, TX 76096-3853
14210263       +American Collections Enterprise Inc,    Re: Alexandria Radiology,    Po Box 30096,
                 Alexandria, VA 22310-8096
14267425        American InfoSource LP as agent for,     DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL 60197-5008
14210265       #+American Tukong,    6319 Richmond Highway,    Alexandria, VA 22306-6410
14210267       +Barry King,    210 Bellevue Drive,    Pittsburgh, PA 15235-3611
14210268       +Branch Banking & Trust,    First Point Collection Resources, Inc.,    225 Commerce Place,
                 PO Box 26140,   Greensboro, NC 27402-6140
14707343       +CAPITAL ONE,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
14210273      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court: Credit Acceptance Corporation,     25505 W 12 Mile Rd,
                 Southfield, MI 48034)
14210269       +Central Credit/Penn Cr,    Attn:Bankruptcy,    Re: Dominion Power,    Po Box 988,
                 Harrisburg, PA 17108-0988
14210270        Chatham College,   Woodland Road,    Pittsburgh, PA 15232
14210271        Chatham Collge,   Woodland Rd,    Pittsburgh, PA 15232
14210272       +Client Services, Inc.,    American Water,    3451 Harry S. Truman Blvd,
                 Saint Charles, MO 63301-4047
14210274       +Credit Control Corp,    Re: Cox Communications Chantilly,    Po Box 120568,
                 Newport News, VA 23612-0568
14210277       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
14210278       +Directv Quad,    CBE Group,    Attn: Bankruptcy,    Po Box 900,    Waterloo, IA 50704-0900
14210279        Educational Computer Systems, Inc,    Re: Chatham University,    Coraopolis, PA 15108-9408
14210280        Emergency Care Lorton Healthplex,    c/o AMCB,    PO Box 37005,    Baltimore, MD 21297-3005
14210281        Fairfax County, VA,    Office of County Attorney,    1200 Government Ctr. Pkwy,    Suite 549,
                 Fairfax, VA 22035
14210282        Fed Loan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
14210283        Greater Washington Maternal-Fetal,    Medicine Genetics,    97076 Medical Center Drive,
                 Suite 230,   Rockville, MD 20850-6339
14210285       +Michaels Louis & Associates,    P.O. Box 1062,    Coraopolis, PA 15108-6062
14210288        Music & Arts Center,    c/o Credit America,    101 Grovers Mill Road,    Suite 303,
                 Lawrence Township, NJ 08648-4706
14210290       +Nationwide Credit Corp,    Attn Colletions/Bankruptcy,    Re: Fairfax County, VA,    Po Box 9156,
                 Alexandria, VA 22304-0156
14268536        Navient Solutions Inc. on behalf of,    Department of Education Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
14214910       +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14210291       +Penn Hills Municipality,    c/o Keystone Collections,    PO Box 505,    Irwin, PA 15642-0505
14214904       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14210292       +Penn Hills School District,    c/o Maiello Brungo & Maiello LLP,    7500 Brooktree Rd # 100,
                 Wexford, PA 15090-9285
14210293       +Penn Hills School District,    c/o Keystone Collections,    PO Box 505,    Irwin, PA 15642-0505
14270513       +Peoples Natural Gas Company LLC,    c/o Barbara Rodgers,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14210296       +Quest Diagnostics Inc.,    875 Greentree Road,    4 Parkway Center,    Pittsburgh, PA 15220-3610
14210297       +Rushmore Loan Mgmt Services,    Costumer Service Department,    PO Box 55004,
                 Irvine, CA 92619-5004
14271608       +U.S. Bank National Association,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
```

```
District/off: 0315-2                  User: lfin                  Page 2 of 3                  Date Rcvd: Jan 19, 2018
                                      Form ID: 309B               Total Noticed: 70


14244411           U.S.Department of Education,   C/O FedLoan Servicing,   P.O.Box 69184,
                    Harrisburg PA 17106-9184
14210301          +US Dept of Education,   Att: Borrowers Service Dept,   P.O. Box 5609,
                    Greenville, TX 75403-5609
14210258          +Washington Gas Light,   c/o CBCS,   PO Box 2589,   Columbus, OH 43216-2589
14210303          +Wells Fargo Dealer Services,   PO Box 19567,   Irvine, CA 92623-9567

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty                E-mail/Text: keenan662@gmail.com Jan 20 2018 02:30:50      Bryan P. Keenan,   993 Greentree Road,
                    Suite 101,   Pittsburgh, PA  15220
tr                +EDI: BRCCRAWFORD.COM Jan 20 2018 02:08:00      Rosemary C. Crawford,   Crawford McDonald, LLC.,
                    P.O. Box 355,   Allison Park, PA 15101-0355
smg                E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2018 02:31:23      Pennsylvania Dept. of Revenue,
                    Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                    Harrisburg, PA  17128-0946
ust               +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 20 2018 02:31:30
                    Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                    Pittsburgh, PA 15222-3721
14210266           EDI: PHINAMERI.COM Jan 20 2018 02:08:00      AmeriCredit Financial Services Inc.,
                    dba GM Financial,   P O Box 183853,   Arlington, TX 76096
14210261          +EDI: AFNIRECOVERY.COM Jan 20 2018 02:08:00      Afni, Inc,   P. O. Box 3667,
                    Bloomington, IL 61702-3667
14248377           EDI: AIS.COM Jan 20 2018 02:08:00      American InfoSource LP as agent for,   Verizon,
                    PO Box 248838,   Oklahoma City, OK  73124-8838
14210264          +E-mail/Text: bky@americanprofit.net Jan 20 2018 02:32:01      American Profit Recovery,
                    Re: Northern Virginia Oral Maxillo,   34405 West 12 Miles Road,   #379,
                    Farmington Hills, MI 48331-5608
14219368           EDI: ECMC.COM Jan 20 2018 02:08:00      ECMC,   PO BOX 16408,   St Paul, MN 55116-0408
14210284           EDI: JEFFERSONCAP.COM Jan 20 2018 02:08:00      Jefferson Capital Systems LLC,   P.O. Box 7999,
                    Saint Cloud, MN 56302-9617
14210287           EDI: AIS.COM Jan 20 2018 02:08:00      Midland Funding LLC,   by American InfoSource LP as Agent,
                    Re: Granite Recovery LLC,   P.O. Box 4457,   Houston, TX 77210-4457
14210286           EDI: AIS.COM Jan 20 2018 02:08:00      Midland Funding LLC,   by American InfoSource LP as Agent,
                    P.O. Box 4457,   Houston, TX 77210-4457
14271979          +E-mail/Text: cd@musicarts.com Jan 20 2018 02:32:05      Music and Arts,   4626 Wedgewood Blvd.,
                    Frederick, MD 21703-7159
14210289          +E-mail/Text: Bankruptcies@nragroup.com Jan 20 2018 02:32:32      National Recovery Agency,
                    Re: Duquesne Light,   2491 Paxton St,   Harrisburg, PA 17111-1036
14210294           EDI: PRA.COM Jan 20 2018 02:08:00      Portfolio Recovery Associates, LLC,   Re: Dominion Hope,
                    140 Corporate Boulevard,   Norfolk, VA 23502
14210295          +E-mail/Text: rraheem@pwcgov.org Jan 20 2018 02:31:06      Prince William County,
                    c/o PWC Tax Administration Dept.,   PO Box 2467,   Prince William, VA 22195-2467
14242398           EDI: NEXTEL.COM Jan 20 2018 02:08:00      Sprint Corp,   Attn Bankruptcy Dept,   PO Box 7949,
                    Overland Park KS 66207-0949
14210298          +EDI: SWCR.COM Jan 20 2018 02:08:00      Southwest Credit Systems,   Re: Comcast,
                    4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14210299          +E-mail/Text: bknotice@erccollections.com Jan 20 2018 02:31:45      Sprint,
                    c/o ERC/Enhanced Recovery Corp,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14210300           EDI: PHINHARRIS Jan 20 2018 02:08:00      State of Maryland, CCU,   c/o Harris & Harris, Ltd.,
                    111 West Jackson Blvd, Suite 400,   Chicago, IL 60604-4135
14210302          +EDI: VERIZONEAST.COM Jan 20 2018 02:08:00      Verizon,   500 Technology Dr,   Suite 500,
                    Weldon Spring, MO 63304-2225
14260788           EDI: WFFC.COM Jan 20 2018 02:08:00      Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,
                    Irvine, CA 92623-9657
                                                                                               TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank National Association, Et Al...
cr              U.S. Bank National Association, not in its individ
cr*            +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*            +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,   Suite 3,
                 Pittsburgh, PA 15235-4441
14262713*      ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
                (address filed with court: Aaron’s, Inc.,     2800 Canton Road, Suite 900,   Marietta, GA 30066)
14210275*      +Credit Control Corp,   Re: Cox Communications Chantilly,   Po Box 120568,
                 Newport News, VA 23612-0568
14210276*      +Credit Control Corp,   Re: Cox Communications Chantilly,   Po Box 120568,
                 Newport News, VA 23612-0568
                                                                                       TOTALS: 2, * 5, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: lfin               Page 3 of 3           Date Rcvd: Jan 19, 2018
                              Form ID: 309B            Total Noticed: 70
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, Et Al...
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Bryan P. Keenan    on behalf of Debtor Courtney J. Connor keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Joint Debtor Reisha C. Connor keenan662@gmail.com,
               melindap662@gmail.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2012-2T bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor    Penn Hills School District jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor    U.S. Bank National Association, Et Al...
               tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com
                                                                                             TOTAL: 12
```