**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| In re:<br>COURTNEY J. CONNOR<br>REISHA C. CONNOR<br>Debtor(s) | Case No. 16-21346CMB |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/07/2016.

2) The plan was confirmed on 05/12/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 05/24/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/13/2017.

5) The case was converted on 01/18/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 22.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $14,906.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank .

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $26,049.74 |
| Less amount refunded to debtor | $871.34 |

**NET RECEIPTS:** $25,178.40

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $6,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,107.50 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $7,607.50

Attorney fees paid and disclosed by debtor:    $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARONS INC | Secured | 1,223.14 | 2,012.63 | 2,012.63 | 1,293.07 | 0.00 |
| AARONS INC | Secured | 0.00 | 706.52 | 706.52 | 442.77 | 0.00 |
| AES (AMERICAN EDUCATION SRVC | Unsecured | 6,114.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVC | Unsecured | 5,482.00 | NA | NA | 0.00 | 0.00 |
| AES (AMERICAN EDUCATION SRVC | Unsecured | 4,385.00 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 1,016.05 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 267.07 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 69.28 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 617.71 | NA | NA | 0.00 | 0.00 |
| AFNI | Unsecured | 246.62 | NA | NA | 0.00 | 0.00 |
| ALLIED ADJUSTORS INC | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| AMCB HB | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN COLLECTIONS ENTERF | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGEI | Unsecured | 791.00 | 790.66 | 790.66 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGEN' | Unsecured | 626.00 | 602.32 | 602.32 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGNT | Unsecured | 194.34 | NA | NA | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGNT | Unsecured | 422.57 | NA | NA | 0.00 | 0.00 |
| AMERICAN PROFIT RECOVERY | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN TUKONG | Unsecured | 3,835.00 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS IN | Unsecured | 0.00 | 13,902.82 | 13,902.82 | 0.00 | 0.00 |
| BARRY KING | Unsecured | 1,881.50 | NA | NA | 0.00 | 0.00 |
| BRANCH BANKING&TRUST CO/BB& | Unsecured | 88.57 | NA | NA | 0.00 | 0.00 |
| CBCS | Unsecured | 89.37 | NA | NA | 0.00 | 0.00 |
| CHATHAM COLLEGE | Unsecured | 11,828.00 | NA | NA | 0.00 | 0.00 |
| CHATHAM COLLEGE | Unsecured | 11,723.00 | NA | NA | 0.00 | 0.00 |
| CHATHAM COLLEGE | Unsecured | 11,828.71 | NA | NA | 0.00 | 0.00 |
| CLIENT SERVICES | Unsecured | 195.70 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP* | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL CORPORATION | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| CREDIT CONTROL CORPORATION | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CREDIT CONTROL CORPORATION | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| FAIRFAX COUNTY | Secured | 1,425.70 | NA | NA | 0.00 | 0.00 |
| FAIRFAX COUNTY | Unsecured | NA | 1,190.50 | 1,190.50 | 0.00 | 0.00 |
| GREATER WASHINGTON MATERN. | Unsecured | 72.92 | NA | NA | 0.00 | 0.00 |
| HARRIS AND HARRIS LTD | Unsecured | 528.84 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 474.15 | NA | NA | 0.00 | 0.00 |
| MICHAELS LOUIS & ASSOC | Unsecured | 556.00 | NA | NA | 0.00 | 0.00 |
| MUSIC AND ARTS | Unsecured | 171.36 | 367.60 | 367.60 | 0.00 | 0.00 |
| MUSIC AND ARTS | Secured | 0.00 | 922.40 | 922.40 | 578.06 | 0.00 |
| NATIONAL RECOVERY AGENCY GF | Unsecured | 815.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC O/B/O DI | Unsecured | 160,870.00 | 175,715.88 | 175,715.88 | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 542.00 | NA | NA | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (EIT) | Priority | NA | 141.35 | 141.35 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE T | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE T | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS MUNICIPALITY (RE) | Secured | 525.51 | NA | NA | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS MUN) | Secured | 6,823.12 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS MUN) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (EIT | Priority | NA | 56.54 | 56.54 | 0.00 | 0.00 |
| PENN HILLS SD (PENN HILLS) (RE) | Secured | 2,477.24 | NA | NA | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC* | Unsecured | NA | 335.28 | 335.28 | 0.00 | 0.00 |
| PNC BANK | Unsecured | 8,638.00 | 26,192.15 | 26,192.15 | 0.00 | 0.00 |
| PRA AG FUNDING LLC | Unsecured | 1,774.30 | NA | NA | 0.00 | 0.00 |
| PRINCE WILLIAM COUNTY | Unsecured | 0.00 | 291.57 | 291.57 | 0.00 | 0.00 |
| PRINCE WILLIAM COUNTY | Priority | 700.12 | 482.51 | 482.51 | 302.39 | 0.00 |
| QUEST DIAGNOSTICS INC | Unsecured | 42.24 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS* | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP(*) | Unsecured | 995.00 | 994.69 | 994.69 | 0.00 | 0.00 |
| US BANK NA - TRUSTEE | Secured | 66,183.50 | 87,742.35 | 9,671.36 | 9,671.36 | 0.00 |
| US BANK NA - TRUSTEE | Secured | 0.00 | 33,191.90 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 12,638.66 | 22,048.24 | 22,048.24 | 0.00 | 0.00 |
| VERIZON | Unsecured | 484.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA D/B/A WE | Secured | 5,605.09 | 5,012.57 | 5,012.57 | 5,012.57 | 270.68 |
| WILLIAMSON AND BROWN LLC | Unsecured | NA | 1,216.03 | 1,216.03 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $9,671.36 | $9,671.36 | $0.00 |
|     Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
|     Debt Secured by Vehicle | $5,012.57 | $5,012.57 | $270.68 |
|     All Other Secured | $3,641.55 | $2,313.90 | $0.00 |
| **TOTAL SECURED:** | **$18,325.48** | **$16,997.83** | **$270.68** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $680.40 | $302.39 | $0.00 |
| **TOTAL PRIORITY:** | **$680.40** | **$302.39** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$243,647.74** | **$0.00** | **$0.00** |

| Disbursements: | |
|---|---|
|     Expenses of Administration | $7,607.50 |
|     Disbursements to Creditors | $17,570.90 |
| **TOTAL DISBURSEMENTS:** | **$25,178.40** |

    12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/26/2018     By: /s/ Ronda J. Winnecour
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**