# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-21346-CMB |
| Courtney J. Connor | : | Chapter 7 |
| Reisha C. Connor | : | |
|     Debtor | : | Related to Document No. 1-1 |
| Courtney J. Connor | : | |
| Reisha C. Connor | : | |
|     Movant | : | |
|     v. | : | |
| Comcast, Duquesne Light, Elizur, HRSD, | : | |
| Municipality of Oakmont Water Dept., | : | |
| Newport NewdWaterworks, PNC Bank, Penn Credit: | | |
| Quest Diagnostics, State Collection Service Inc | : | |
| Transworld Systems, University Of Pittsburgh Phys.: | | |
| UPMC Children's Hospital, | : | |
|     Respondent | : | |

## AMENDED CERTIFICATE OF SERVICE OF DEBTORS NOTICE
## REGARDING MODIFICATION TO MAILING MATRIX

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **January 30, 2018**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov

**2.) Service by First Class Mail--**
a. Rosemary C. Crawford, Crawford McDonald, LLC. P.O. Box 355 Allison Park, PA 15101

Comcast
P.O. Box 3001
Southeastern, PA 19398-3001

Duquesne Light
Bernstien Law Firm
411 7th Avenue
Maildrop 7-3
Pittsburgh, PA 15219

Elizur
PO Box 3150

Overland Park, KS 66282

HRSD
1434 Air Rail Avenue
Virginia Beach, VA 23455

Municipality of Oakmont Water Dept
P.O. Box 73
Oakmont, PA 15139

Newport NewdWaterworks
P.O. Box 979
Newport News, VA 23607

PNC Bank
Centralized Customer Assistance Team
MS # P5-PCLC-01-E
2730 Liberty Avenue
Pittsburgh, PA 15222

Penn Credit
916 S. 14th St
P.O. Box 988
Harrisburg, PA 17108-0988

Quest Diagnostics
P.O. Box 740880
Cincinnati, OH 45274-0880

State Collection Service Inc
2509 S. Stoughton Rd
Madison, WI 53716

Transworld Systems
Re: Univ Pittsburgh Physicians
UPMC Children's Hospital
Community Medicine
5 Penn Center West Ste 100
Pittsburgh, PA 15276

University Of Pittsburgh Phys.
200 Lothrop Street
Pittsburgh, PA 15213

UPMC Children's Hospital
P.O Box 371472
Pittsburgh, PA 15250

Date: January 30, 2018 **/s/Bryan P. Keenan**
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com