**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

COURTNEY J. CONNOR                                    Case No.:16-21346
REISHA C. CONNOR
     Debtor(s)

Ronda J. Winnecour                                        Document No.:
     Movant
      vs.
No Repondents.

---

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/07/2016  and confirmed on 05/12/2016 .  The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 26,049.74 |
| Less Refunds to Debtor | 871.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 25,178.40 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,500.00 | |
|    Trustee Fee | 1,107.50 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,607.50 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   PENN HILLS MUNICIPALITY (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: B039 | | | | |
|   PENN HILLS SD (PENN HILLS MUN) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: B039 | | | | |
|   PENN HILLS SD (PENN HILLS) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: B039 | | | | |
|   US BANK NA - TRUSTEE | 9,671.36 | 9,671.36 | 0.00 | 9,671.36 |
|     Acct: 5491 | | | | |
|   AARONS INC | 2,012.63 | 1,293.07 | 0.00 | 1,293.07 |
|     Acct: 4866 | | | | |
|   PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: B039 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5491 | | | | |
|   PENN HILLS MUNICIPALITY (RE TAX) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: B039 | | | | |
|   PENN HILLS SD (PENN HILLS MUN) (RE) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: B039 | | | | |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| AARONS INC | 706.52 | 442.77 | 0.00 | 442.77 |
| Acct: 4866 | | | | |
| MUSIC AND ARTS | 922.40 | 578.06 | 0.00 | 578.06 |
| Acct: 0417 | | | | |
| FAIRFAX COUNTY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8537 | | | | |
| WELLS FARGO BANK NA D/B/A WELLS FA | 5,012.57 | 5,012.57 | 270.68 | 5,283.25 |
| Acct: 9396 | | | | |
| | | | | 17,268.51 |
| **Priority** | | | | |
| BRYAN P KEENAN ESQ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COURTNEY J. CONNOR | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRYAN P KEENAN & ASSOCIATES PC | 3,242.61 | 3,000.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX6-17 | | | | |
| PRINCE WILLIAM COUNTY | 482.51 | 302.39 | 0.00 | 302.39 |
| Acct: 6727 | | | | |
| PENN HILLS SD (PENN HILLS) (EIT)** | 56.54 | 0.00 | 0.00 | 0.00 |
| Acct: 6727 | | | | |
| COURTNEY J. CONNOR | 871.34 | 871.34 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 141.35 | 0.00 | 0.00 | 0.00 |
| Acct: 6727 | | | | |
| | | | | 302.39 |
| **Unsecured** | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA ( | 13,902.82 | 0.00 | 0.00 | 0.00 |
| Acct: 3546 | | | | |
| BARRY KING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6627 | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7047 | | | | |
| PNC BANK | 26,192.15 | 0.00 | 0.00 | 0.00 |
| Acct: 4866 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0007 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0008 | | | | |
| AES (AMERICAN EDUCATION SRVCS) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0006 | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLIED ADJUSTORS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN COLLECTIONS ENTERPRISE IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1481 | | | | |
| AMERICAN PROFIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5765 | | | | |
| AMERICAN TUKONG | 0.00 | 0.00 | 0.00 | 0.00 |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: | | | | |
| BRANCH BANKING&TRUST CO/BB&T(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2714 | | | | |
| CHATHAM COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: C02A | | | | |
| CHATHAM COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: C02A | | | | |
| CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9581 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT CONTROL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0339 | | | | |
| CREDIT CONTROL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0340 | | | | |
| CREDIT CONTROL CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0338 | | | | |
| NAVIENT SOLUTIONS INC O/B/O DEPARTM | 175,715.88 | 0.00 | 0.00 | 0.00 |
| Acct: 6727 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 790.66 | 0.00 | 0.00 | 0.00 |
| Acct: 2543 | | | | |
| CHATHAM COLLEGE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6727 | | | | |
| AMCB HB | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9835 | | | | |
| US DEPARTMENT OF EDUCATION | 22,048.24 | 0.00 | 0.00 | 0.00 |
| Acct: 4866 | | | | |
| GREATER WASHINGTON MATERNAL FETA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5464 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAELS LOUIS & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0106 | | | | |
| AMERICAN INFOSOURCE LP AGNT - MIDLA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AMERICAN INFOSOURCE LP AGNT - MIDLA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5579 | | | | |
| PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9790 | | | | |
| QUEST DIAGNOSTICS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9752 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3958 | | | | |
| SPRINT CORP(*) | 994.69 | 0.00 | 0.00 | 0.00 |
| Acct: 2769 | | | | |
| HARRIS AND HARRIS LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4522 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR \ | 602.32 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6527 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 335.28 | 0.00 | 0.00 | 0.00 |
| Acct: 1028 | | | | |
| JENNIFER L CERCE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 16-21346 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | NATIONWIDE CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MUSIC AND ARTS | 367.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 0417 | | | | |
| | US DEPARTMENT OF EDUCATION** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FAIRFAX COUNTY | 1,190.50 | 0.00 | 0.00 | 0.00 |
| | Acct: 4866 | | | | |
| | PRINCE WILLIAM COUNTY | 291.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 6727 | | | | |
| | WILLIAMSON AND BROWN LLC | 1,216.03 | 0.00 | 0.00 | 0.00 |
| | Acct: 5189 | | | | |

*** N O N E ***

| TOTAL PAID TO CREDITORS | | 17,570.90 |
|---|---|---|

TOTAL CLAIMED
PRIORITY         680.40
SECURED       18,325.48
UNSECURED    243.647.74

Date: 01/31/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com