**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Courtney J. Connor** | Social Security number or ITIN  **xxx–xx–6727** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Reisha C. Connor** | Social Security number or ITIN  **xxx–xx–4866** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **16–21346–CMB**

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Courtney J. Connor                                       Reisha C. Connor

<u>6/8/18</u>                                                **By the court:**  <u>Carlota M. Bohm</u>
                                                                           United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-21346-CMB
Courtney J. Connor                                                  Chapter 7
Reisha C. Connor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin              Page 1 of 3            Date Rcvd: Jun 08, 2018
                               Form ID: 318            Total Noticed: 74

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 10, 2018.
```
db/jdb         +Courtney J. Connor,    Reisha C. Connor,    22 George Court,    Hampton, VA 23663-2046
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
14210259      ++AARON S INC,    PO BOX 100039,    KENNESAW GA 30156-9239
               (address filed with court:   Aaron's Inc,    2800 Canton Rd. Suite 900,    Marietta, GA 30066)
14210260       +AES/PNC Bank,    PO Box 8183,    Harrisburg, PA 17105-8183
14210262      ++ALLIED ADJUSTORS INC,    PO BOX 1006,    ALIQUIPPA PA 15001-0806
               (address filed with court:   Allied Adjustors,    845 23rd Street,    Aliquippa, PA 15001)
14216570       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
14210263       +American Collections Enterprise Inc,    Re: Alexandria Radiology,    Po Box 30096,
                 Alexandria, VA 22310-8096
14267425        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 5008,
                 Carol Stream, IL  60197-5008
14210265      #+American Tukong,    6319 Richmond Highway,    Alexandria, VA 22306-6410
14210267       +Barry King,    210 Bellevue Drive,    Pittsburgh, PA 15235-3611
14210268       +Branch Banking & Trust,    First Point Collection Resources, Inc.,    225 Commerce Place,
                 PO Box 26140,    Greensboro, NC 27402-6140
14707343       +CAPITAL ONE,    WILLIAMSON AND BROWN,LLC,    4691 CLIFTON PKWY,    HAMBURG, NY 14075-3201
14210273      ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:   Credit Acceptance Corporation,    25505 W 12 Mile Rd,
                 Southfield, MI 48034)
14210269       +Central Credit/Penn Cr,    Attn:Bankruptcy,    Re: Dominion Power,    Po Box 988,
                 Harrisburg, PA 17108-0988
14210270        Chatham College,    Woodland Road,    Pittsburgh, PA 15232
14210271        Chatham Collge,    Woodland Rd,    Pittsburgh, PA 15232
14210272       +Client Services, Inc.,    American Water,    3451 Harry S. Truman Blvd,
                 Saint Charles, MO 63301-4047
14766702        Comcast,    P.O. Box 3001,    Southeastern, PA 19398-3001
14210274       +Credit Control Corp,    Re: Cox Communications Chantilly,    Po Box 120568,
                 Newport News, VA 23612-0568
14210277       +Dept Of Ed/Navient,    Attn: Claims Dept,    Po Box 9400,    Wilkes Barr, PA 18773-9400
14210278       +Directv Quad,    CBE Group,    Attn: Bankruptcy,    Po Box 900,    Waterloo, IA 50704-0900
14210279        Educational Computer Systems, Inc,    Re: Chatham University,    Coraopolis, PA 15108-9408
14766704       +Elizur,    PO Box 3150,    Overland Park, KS 66203
14210280        Emergency Care Lorton Healthplex,    c/o AMCB,    PO Box 37005,    Baltimore, MD 21297-3005
14210281        Fairfax County, VA,    Office of County Attorney,    1200 Government Ctr. Pkwy,    Suite 549,
                 Fairfax, VA 22035
14210282        Fed Loan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
14210283        Greater Washington Maternal-Fetal,    Medicine Genetics,    97076 Medical Center Drive,
                 Suite 230,    Rockville, MD 20850-6339
14766705       +HRSD,    1434 Air Rail Avenue,    Virginia Beach, VA 23455-3002
14210285       +Michaels Louis & Associates,    P.O. Box 1062,    Coraopolis, PA 15108-6062
14766706       +Municipality of Oakmont Water Dept,    P.O. Box 73,    Oakmont, PA 15139-0073
14210288        Music & Arts Center,    c/o Credit America,    101 Grovers Mill Road,    Suite 303,
                 Lawrence Township, NJ 08648-4706
14210290       +Nationwide Credit Corp,    Attn Colletions/Bankruptcy,    Re: Fairfax County, VA,    Po Box 9156,
                 Alexandria, VA 22304-0156
14766707       +Newport NewdWaterworks,    P.O. Box 979,    Newport News, VA 23607-0979
14766708       +PNC Bank,    Centralized Customer Assistance Team,    MS # P5-PCLC-01-E,    2730 Liberty Avenue,
                 Pittsburgh, PA 15222-4704
14766709        Penn Credit,    916 S. 14th St,    P.O. Box 988,    Harrisburg, PA 17108-0988
14210291       +Penn Hills Municipality,    c/o Keystone Collections,    PO Box 505,    Irwin, PA 15642-0505
14214910       +Penn Hills Municipality,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14214904       +Penn Hills School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road, Suite 3,
                 Pittsburgh, PA 15235-4441
14210292       +Penn Hills School District,    c/o Maiello Brungo & Maiello LLP,    7500 Brooktree Rd # 100,
                 Wexford, PA 15090-9285
14210293       +Penn Hills School District,    c/o Keystone Collections,    PO Box 505,    Irwin, PA 15642-0505
14270513       +Peoples Natural Gas Company LLC,    c/o Barbara Rodgers,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
14766710        Quest Diagnostics,    P.O. Box 740880,    Cincinnati, OH 45274-0880
14210296       +Quest Diagnostics Inc.,    875 Greentree Road,    4 Parkway Center,    Pittsburgh, PA 15220-3610
14210297       +Rushmore Loan Mgmt Services,    Costumer Service Department,    PO Box 55004,
                 Irvine, CA 92619-5004
14766711       +State Collection Service Inc,    2509 S. Stoughton Rd,    Madison, WI 53716-3314
14766712       +Transworld Systems,    Re: Community Medicine; Univ Pittsburgh,    UPMC Children's Hospital,
                 PO Box 17221,    Pittsburgh, PA 15235-0221
14271608       +U.S. Bank National Association,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
14244411        U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
                 Harrisburg PA 17106-9184
```

```
District/off: 0315-2          User: lfin             Page 2 of 3              Date Rcvd: Jun 08, 2018
                              Form ID: 318           Total Noticed: 74

14210301      +US Dept of Education,   Att: Borrowers Service Dept,    P.O. Box 5609,
                Greenville, TX 75403-5609
14766713      +University Of Pittsburgh Phys.,   200 Lothrop Street,    Pittsburgh, PA 15213-2582
14210258      +Washington Gas Light,   c/o CBCS,   PO Box 2589,    Columbus, OH 43216-2589
14210303      +Wells Fargo Dealer Services,   PO Box 19567,    Irvine, CA 92623-9567
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: BRCCRAWFORD.COM Jun 09 2018 05:33:00      Rosemary C. Crawford,   Crawford McDonald, LLC.,
                P.O. Box 355,   Allison Park, PA 15101-0355
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 09 2018 01:46:07      Pennsylvania Dept. of Revenue,
                Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
14210266       EDI: PHINAMERI.COM Jun 09 2018 05:33:00      AmeriCredit Financial Services Inc.,
                dba GM Financial,   P O Box 183853,   Arlington, TX 76096
14210261      +EDI: AFNIRECOVERY.COM Jun 09 2018 05:33:00      Afni, Inc,   P. O. Box 3667,
                Bloomington, IL 61702-3667
14248377       EDI: AIS.COM Jun 09 2018 05:33:00      American InfoSource LP as agent for,   Verizon,
                PO Box 248838,   Oklahoma City, OK  73124-8838
14210264      +E-mail/Text: bky@americanprofit.net Jun 09 2018 01:46:34      American Profit Recovery,
                Re: Northern Virginia Oral Maxillo,   34405 West 12 Miles Road,   #379,
                Farmington Hills, MI 48331-5608
14766703       E-mail/Text: kburkley@bernsteinlaw.com Jun 09 2018 01:46:44      Duquesne Light,
                Bernstien Law Firm,   411 7th Avenue,   Maildrop 7-3,   Pittsburgh, PA 15219
14219368       EDI: ECMC.COM Jun 09 2018 05:33:00      ECMC,   PO BOX 16408,   St Paul, MN 55116-0408
14210284       EDI: JEFFERSONCAP.COM Jun 09 2018 05:33:00      Jefferson Capital Systems LLC,   P.O. Box 7999,
                Saint Cloud, MN 56302-9617
14210287       EDI: AIS.COM Jun 09 2018 05:33:00      Midland Funding LLC,   by American InfoSource LP as Agent,
                Re: Granite Recovery LLC,   P.O. Box 4457,   Houston, TX 77210-4457
14210286       EDI: AIS.COM Jun 09 2018 05:33:00      Midland Funding LLC,   by American InfoSource LP as Agent,
                P.O. Box 4457,   Houston, TX 77210-4457
14271979      +E-mail/Text: cd@musicarts.com Jun 09 2018 01:46:36      Music and Arts,   4626 Wedgewood Blvd.,
                Frederick, MD 21703-7159
14210289      +E-mail/Text: Bankruptcies@nragroup.com Jun 09 2018 01:46:52      National Recovery Agency,
                Re: Duquesne Light,   2491 Paxton St,   Harrisburg, PA 17111-1036
14268536       EDI: NAVIENTFKASMSERV.COM Jun 09 2018 05:33:00      Navient Solutions Inc. on behalf of,
                Department of Education Services,   P.O. Box 9635,   Wilkes-Barre PA. 18773-9635
14210294       EDI: PRA.COM Jun 09 2018 05:33:00      Portfolio Recovery Associates, LLC,   Re: Dominion Hope,
                140 Corporate Boulevard,   Norfolk, VA 23502
14210295      +E-mail/Text: rraheem@pwcgov.org Jun 09 2018 01:45:56      Prince William County,
                c/o PWC Tax Administration Dept.,   PO Box 2467,   Prince William, VA 22195-2467
14242398       EDI: NEXTEL.COM Jun 09 2018 05:33:00      Sprint Corp,   Attn Bankruptcy Dept,   PO Box 7949,
                Overland Park KS 66207-0949
14210298      +EDI: SWCR.COM Jun 09 2018 05:33:00      Southwest Credit Systems,   Re: Comcast,
                4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
14210299      +E-mail/Text: bknotice@ercbpo.com Jun 09 2018 01:46:24      Sprint,
                c/o ERC/Enhanced Recovery Corp,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14210300       EDI: PHINHARRIS Jun 09 2018 05:33:00      State of Maryland, CCU,   c/o Harris & Harris, Ltd.,
                111 West Jackson Blvd, Suite 400,   Chicago, IL 60604-4135
14210302      +EDI: VERIZONCOMB.COM Jun 09 2018 05:33:00      Verizon,   500 Technology Dr,   Suite 500,
                Weldon Spring, MO 63304-2225
14260788       EDI: WFFC.COM Jun 09 2018 05:33:00      Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,
                Irvine, CA 92623-9657
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             U.S. Bank National Association, Et Al...
cr             U.S. Bank National Association, not in its individ
cr*           +Americredit Financial Services, Inc. dba GM Financ,   PO Box 183853,   Arlington, TX 76096-3853
cr*           +Penn Hills School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,   Suite 3,
                Pittsburgh, PA 15235-4441
14262713*    ++AARON S INC,   PO BOX 100039,   KENNESAW GA 30156-9239
               (address filed with court: Aaron's, Inc.,   2800 Canton Road, Suite 900,   Marietta, GA 30066)
14210275*     +Credit Control Corp,   Re: Cox Communications Chantilly,   Po Box 120568,
                Newport News, VA 23612-0568
14210276*     +Credit Control Corp,   Re: Cox Communications Chantilly,   Po Box 120568,
                Newport News, VA 23612-0568
                                                                                   TOTALS: 2, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2          User: lfin              Page 3 of 3              Date Rcvd: Jun 08, 2018
                              Form ID: 318            Total Noticed: 74
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 8, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor   U.S. Bank National Association, Et Al...
               andygornall@latouflawfirm.com
              Bryan P. Keenan    on behalf of Debtor Courtney J. Connor keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Joint Debtor Reisha C. Connor keenan662@gmail.com,
               melindap662@gmail.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its individual
               capacity, but solely as Trustee for the RMAC Trust, Series 2012-2T bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Jennifer L. Cerce    on behalf of Creditor   Penn Hills School District jlc@mbm-law.net
              Joshua I. Goldman    on behalf of Creditor   U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    crawfordmcdonald@aol.com, PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor   U.S. Bank National Association, Et Al...
               tpuleo@goldbecklaw.com, BKGroup@goldbecklaw.com
                                                                                             TOTAL: 11
```